UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

U<small>NITED</small> S<small>TATES OF</small> A<small>MERICA</small>,

    Plaintiff,

v.                                                  Case No: 8:16-cr-391-JSM-AEP

E<small>DUARDO</small> A<small>NTONIO</small> C<small>ABRERA</small> V<small>ANEGAS</small>,

    Defendant.
_____/

**UNOPPOSED MOTION FOR SENTENCE
REDUCTION UNDER AMENDMENT 821**

Pursuant to the Court's *Omnibus Order In Re: Amendment 821, United States Sentencing Guidelines*, 3:21-mc-1-TJC, Defendant Eduardo Antonio Cabrera Vanegas, through his undersigned attorney, respectfully requests a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 of the United States Sentencing Guidelines, based on the following:

1.     The United States Probation memorandum, dated March 5, 2024, correctly states that Mr. Cabrera Vanegas is eligible for a reduction in his term of imprisonment under 18 U.S.C. § 3582(c)(2), USSG § 1B1.10, and Amendment 821.

2.     Under Amendment 821, "defendants who did not receive any criminal history points under Chapter Four, Part A [of the Sentencing Guidelines] and whose instant offense did not involve specified aggravating factors" are eligible for a "decrease of two levels from" their calculated offense level. *See* USSG § 1B1.10, comment. (n.7) (2023).

3. At sentencing, Mr. Cabrera Vanegas received no criminal history points, and his offense did not involve disqualifying factors under USSG § 4C1.1(a). Thus, under Amendment 821, his amended guideline range is now 120 to 135 months' imprisonment. Mr. Cabrera Vanegas's last applied guideline range was 135 to 168 months' imprisonment. The Court imposed a sentence term at the low end of his las applied guideline range—135 months' imprisonment. Therefore, the Court should reduce Mr. Cabrera Vanegas's previously imposed sentence to the low end of his amended guideline range or time serve, whichever is greater. 18 U.S.C. § 3582(c)(2); USSG § 1B1.10(b)(1).

4. Mr. Cabrera Vanegas respectfully requests that the Court exercise its discretion, under 18 U.S.C. § 3582(c)(2) and USSG § 1B1.10, to reduce his previously imposed sentence of imprisonment to the low-end of his amended guideline range or time serve, whichever is greater. Undersigned counsel has conferred with Assistant United States Attorney Jillian Jewell regarding this request. The United States does not oppose the relief sought therein.

5. If the Court grants this motion, the parties request that the Court's order state the revised term of imprisonment as either a specified number of months or time-served, whichever is greater. *See* USSG § 1B1.10(b)(2)(C) (providing that the reduced term of imprisonment may not be less than time served).

6. In light of the unopposed relief requested herein, the parties have not briefed various legal and factual issues that they would have otherwise addressed had this

agreement not been reached. Therefore, the parties reserve the right to raise additional legal and factual arguments if the Court denies this motion.

Wherefore, Defendant Eduardo Antonio Cabrera Vanegas respectfully requests that this Court reduce his term of imprisonment to 120 months or time-served, whichever is greater.

A. Fitzgerald Hall, Esq.
Federal Public Defender

*/s/ Sonthonax B. SaintGermain*
Sonthonax B. SaintGermain, Esq.
Research and Writing Attorney
Florida Bar No. 1039134
201 S. Orange Ave., Suite 300
Orlando, Florida 32801
Telephone: (407) 648-6338
Sonthonax_SaintGermain@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney.

*/s/ Sonthonax B. SaintGermain*
Sonthonax B. SaintGermain, Esq.
Counsel for Defendant